IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JANE DOE,[1]　　　　　　　　　　　　　　　　No. CIV S-08-2091-CMK-P

　　　　　Plaintiff,

　　vs.　　　　　　　　　　　　　　　　　　　ORDER

CHASTAN, et al.,

　　　　　Defendants.

_____/

　　　　　Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On April 14, 2009, the court directed plaintiff to show cause why this action should not be dismissed for failure to file an amended complaint. Plaintiff has responded to the order to show cause. In the response, plaintiff states that illness related to AIDS has made it difficult to file an amended complaint. Plaintiff seeks an extension of time. Good cause appearing therefor, the order to show cause will be discharged and plaintiff will be granted an

---

[1] Plaintiff states that she is a male-to-female transexual and asks the court to refer to her as "Jane Doe" in order ". . . to protect her from inmates that may target her as a prisoner that has been infected with AIDS from a prisoner rape."

1

extension of time. Plaintiff is again cautioned that failure to file an amended complaint within the time provided by this order may result in dismissal of the entire action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. The April 14, 2009, order to show cause is discharged;

2. Plaintiff shall file an amended complaint pursuant to the court's December 29, 2008, and February 17, 2009, orders within 45 days of the date of this order;

3. The Clerk of the Court shall re-serve on plaintiff the December 29, 2008, and February 17, 2009, order with a copy of this order; and

4. The Clerk of the Court shall serve on plaintiff the court's form civil rights complaint by a state prisoner.

DATED: May 4, 2009

*Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE